No. 10845. OCTOBER 16, 1935.

*Shelby Myrick* and *J. C. Hester,* for plaintiff in error.
*Aaron Kravitch,* contra.

McPHAUL *et al.,* commissioners, *v.* SIMON; *et vice versa.*

HUTCHESON, Justice. A court of equity should not exercise its extraordinary powers where there is no grave danger of impending injury. Bare fears of injury will not authorize such action. *Elam* v. *Elam,* 72 *Ga.* 162 (2). Nowhere in the petition or amendments thereto in the instant case is it alleged that any overt act has been done by the county

authorities in connection with the license tax complained of, or arrest made, or execution issued, or any levy made on property of complainant. Under the pleadings there is no basis for the exercise of equity jurisdiction, and the court erred in entertaining the petition and granting the injunction prayed for. *Cathcart Van & Storage Co.* v. *Atlanta*, 169 *Ga.* 791 (151 S. E. 489); *Howard* v. *Briarcliff Zoological Corporation*, 178 *Ga.* 595 (173 S. E. 391). The rulings made on the main bill control the whole case.

*Judgment reversed on main bill of exceptions; cross-bill dismissed. All the Justices concur, except Russell, C. J., absent because of illness.*

Nos. 10859, 10860.   OCTOBER 16, 1935.

*H. W. Nelson* and *H. L. Jackson,* for McPhaul et al.
*Corbitt & Sumner* and *Edward Parrish,* contra.